APPEAL 03-14-00411-CR
IN THE THIRD
COURTS OF APPEALS
AT AUSTIN, TEXAS

FILED
September 30, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

MANUEL RUIZ CONSTANCIO
PRO-SE
V.
THE STATE OF TEXAS

APPEAL OF CAUSE NUMBER 03-14-00411-CR FROM THE 51st JUDICIAL DISTRICT COURT OF TOM GREEN COUNTY.

FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRO-SE BRIEF OR RESPONSE TO ANDER'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURTS OF APPEALS:

Comes NOW MANUEL RUIZ CONSTANCIO, APPELLANT PRO-SE AND RESPECTFULLY MOVES THE COURT TO EXTEND THE DEADLINE FOR FILLING HIS BRIEF OR RESPONSE BY NINETY DAYS. IN SUPPORT APPELLANT WOULD SHOW THE FOLLOWING:

I

ON APRIL 24th 2014 THE JURY OR JUDGE FOUND APPELLANT GUILTY OF ROBBERY. THE JURY OR JUDGE ASSESSED PUNISHMENT AT TEN YEARS INPRISONMENT IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE.

II

ON AUGUST 17th APPELLANT RECEIVED NOTICE BY MAIL THAT HIS APPEAL ATTORNEY, FILED AN ANDERS BRIEF ON HIS BEHALF AND NOTICE THAT APPELLANT HAD A RIGHT TO FILE A PRO-SE BRIEF OR RESPONSE TO THE ANDERS BRIEF.

III

ON SEPTEMBER 8th 2015 THE APPELLANT RECORD WAS FIRST MADE AVAIBLE TO APPELLANT. THE DEADLINE FOR FILING APPELLANT'S BRIEF OR RESPONSE IS OCTOBER 8th 2015.

IV

THIS IS APPELLANT'S FIRST REQUEST FOR EXTENSION. APPELLANT IS UNABLE TO MEET THE DEADLINE FOR THE FOLLOWING REASONS: SINCE MY ATTORNEY WITHDRAW FROM MY CASE I MUST DO MY RESEARCH AS PRO-SE. I'M ONLY ALLOWED TWO HOURS PER DAY TO THE LAW LIBRARY AND I GO ON SATURDAY'S CAUSE MONDAY THUR FRIDAY MY SCHEDULE IS FULL WITH CLASSES I TAKE FOR THE FAITH BASE DORM.

V

FOR THE REASONS STATED ABOVE, APPELLANT RESPECTFULLY REQUEST AN ADDITIONAL NINETY DAYS TO COMPLETE THE PRO-SE BRIEF OR RESPONSE IN SUPPORT OF APPELLANTS APPEAL.

VI

APPELLANT PRAYS THAT THE COURT GRANT THIS MOTION AND EXTEND THE TIME TO FILE APPELLANT'S PRO-SE BRIEF OR RESPONSE BY NINETY DAYS, EXTENDING THE DEADLINE TO JANUARY 8th 2016.

RESPECTFULLY SUBMITTED

Manuel Ruiz, Constancio
MANUEL RUIZ. CONSTANCIO

FORT STOCKTON TRANSFER FACILITY
TDCJ #01938566
1536 EAST IH-10
FORT STOCKTON, TX 79735

RECEIVED
SEP 3 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Mr. MANUEL Ruiz. CONSTANCIO
TDCJ # 01938566
FORT STOCKTON UNIT
IS36 East IH-10
FORT STOCKTON TX, 79735

MIDLAND / ODESSA
TX 797 1 T
28 SEP 2015 PM4

78711132547

JEFFREY D. KYLE, CLERK
THIRD COURT OF APPEALS
POST OFFICE BOX 12 547
AUSTIN, TEXAS 78711